July 30, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

GEORGE A. MORAN, JR. AND SUSAN K. MORAN, Appellants

NO. 14-12-00419-CV                              V.

MEMORIAL POINT PROPERTY OWNERS ASSOCIATION, INC., Appellee

_____

This cause, an appeal from the judgment signed December 21, 2011 in favor of appellee Memorial Point Property Owners Association, Inc., was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellants George A. Moran Jr. and Susan K. Moran jointly and severally to pay all costs incurred in this appeal.

We further order this decision certified below for observance.